AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** CALIFORNIA

### APPEARANCE

Case Number: 08mj8639

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GENARO BRAVO-JARA

I certify that I am admitted to practice in this court.

| 7/17/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |

| John C. Ellis, Jr. / Federal Defenders of SD | 228083 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br> ) <br>      Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> GENARO BRAVO-JARA,    ) <br> ) <br>      Defendant.    ) <br> _____) | Case No. 08mj8639 |

     Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

     United States Attorney's Office
     880 Front Street
     San Diego, CA  92101


Dated:  July 17, 2008                                                     */s/ John C. Ellis, Jr.*
                                                                                 JOHN C. ELLIS, JR.
                                                                                 Federal Defenders
                                                                                 225 Broadway, Suite 900
                                                                                 San Diego, CA 92101-5030
                                                                                 (619) 234-8467  (tel)
                                                                                 (619) 687-2666  (fax)
                                                                                 john_ellis@fd.org